FILED

SEP 13 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATIONAL LIFELINE ASSOCIATION, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> MARYBEL BATJER, in her official capacity as a commissioner of the California Public Utilities Commission; LIANE RANDOLPH, in her official capacity as a commissioner of the California Public Utilities Commission; CLIFFORD RECHTSCHAFFEN, in his official capacity as a commissioner of the California Public Utilities Commission; MARTHA GUZMAN ACEVES, in her official capacity as a commissioner of the California Public Utilities Commission; GENEVIEVE SHIROMA, in her official capacity as a commissioner of the California Public Utilities Commission, <br><br> Defendants-Appellants. | No.   21-15969 <br><br> D.C. No. 3:20-cv-08312-MMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  MURGUIA, Chief Judge, BUMATAY, Circuit Judge, and BAKER,[*] International Trade Judge.

The parties are directed to file supplemental briefs responding to the amicus brief filed by the Federal Communications Commisssion on August 29, 2022 (Doc.

---

[*]   The Honorable M. Miller Baker, International Trade Judge for the United States Court of International Trade, sitting by designation.

50).  The parties' supplemental briefs shall be no more than 15 pages or 4,200 words and shall be filed within 15 days of the entry of this order.